**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1411

SAMUEL BAHREINI,

Plaintiff - Appellant,

v.

PAUL ZSEBEDICS; AL SIVICK; MONTGOMERY COUNTY STATE'S ATTORNEY'S OFFICE; JULIE NEAL; HANNAH GLEASON; BRYAN ROSLUND,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:23-cv-01357-PX)

Submitted: November 18, 2025                  Decided: January 9, 2026

Before NIEMEYER, BENJAMIN, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Clifton M. Mount, LAW OFFICE OF CLIFTON M. MOUNT, PLLC, Washington, D.C., for Appellant. Anthony G. Brown, Attorney General, Wendy L. Shiff, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees Montgomery County State's Attorney's Office, Bryan Roslund, Hannah Gleason, and Julie Neal. Howard J. Walsh, III, LAW OFFICE OF HOWARD J. WALSH, III, Bethesda, Maryland, for Appellees Paul

2

Zsebedics and Al Sivick.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Bahreini appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motions, denying his motion for leave to file an amended complaint, and dismissing his civil action with prejudice. We have reviewed the record and the parties' briefs and find no reversible error in these rulings. *See Guerrero v. Ollie's Bargain Outlet, Inc.*, 115 F.4th 349, 353 (4th Cir. 2024) (stating standard governing review of dismissal of complaint for failure to state claim on which relief can be granted); *Adbul-Mumit v. Alexandria Hyundai, LLC*, 896 F.3d 278, 292-93 (4th Cir. 2018) (stating standard governing review of dismissal of complaint with prejudice and denial of motion for leave to amend). Accordingly, we affirm the district court's order. *Bahreini v. Zsebedics*, No. 8:23-cv-01357-PX (D. Md. Feb. 20, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*